UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------X
POWER UP LENDING GROUP, LTD.,

                Plaintiff,

  -against-                                  MEMORANDUM & ORDER
                                                    18-CV-2568(JS)(AKT)
CORIX BIOSCIENCE, INC. and MICHAEL OGBURN,

                Defendants.
-------------------------------------X

SEYBERT, District Judge:

        On March 14, 2019, Judge Tomlinson issued her Report and Recommendation (R&R, D.E. 14) recommending that the Court grant Plaintiff's motion for entry of a default judgment (D.E. 10), and on March 18, 2019, Plaintiff served the R&R on Defendants (D.E. 15). The time to object has expired, and no objections to the R&R have been filed. Upon careful review and consideration, the Court finds Judge Tomlinson's R&R to be comprehensive, well reasoned, and free of clear error, and it ADOPTS the R&R (D.E. 14) in its entirety. Accordingly, (1) Plaintiff's motion for entry of a default judgment (D.E. 10) is GRANTED, and (2) Plaintiff is awarded damages against Corix Bioscience, Inc. in the amount $233,049.16 (consisting of unpaid principal, unpaid regular interest, and default interest calculated through March 14, 2019), as well as additional default interest of 22% per annum on the total balance of the Notes ($206,865.31) calculated beginning March 15, 2019. The Clerk of the Court is directed to enter judgment accordingly

and mark this case CLOSED.  Plaintiff is directed to serve a copy of this Order upon Defendants and file proof of service on the docket on or before April 8, 2019.

SO ORDERED

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: March  31 , 2019
       Central Islip, New York